IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 CV 01662 - RPM

AMANDA CAMPBELL

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY

      Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**
_____

Upon consideration of the the *Stipulated Motion to Dismiss With Prejudice*, which was executed and entered into by and between Plaintiff and Defendant, by and through their respective attorneys of record, it is

ORDERED that Plaintiff's claims against Defendant and this entire action are dismissed, with Prejudice. Plaintiff and Defendant shall bear her/its own costs and attorneys' fees incurred in connection with the claims and defenses asserted against or by Defendant.

Dated this 17th day of March, 2008.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        United States District Court Judge